# Court of Appeals
# of the State of Georgia

ATLANTA,  April 21, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1474.  HIEP THI PHAN et al v. CAROLYN LEE.**

The appeal of the above-referenced case was docketed on March 6, 2026, and the Appellants were notified that their enumerations of error and brief were due within 20 days of docketing (*i.e.*, by March 26, 2026). As of April 17, 2026, Appellants have failed to file their enumerations of error and brief and have not moved for an extension of time in which to file. Accordingly, pursuant to Court of Appeals Rules 7 and 23(a), this appeal is hereby DISMISSED. *See Britton v. Fed. Nat'l Mortg. Ass'n*, 307 Ga. App. 581, 582(1) (705 SE2d 682) (2011).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  04/21/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.